**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**


**GALINA VLADIRMIROVA MAN-**
**DZHIEVA,  A.M., A MINOR, BY AND**
**THROUGH HIS MOTHER AND NEXT**
**FRIEND, GALINA VLADIMIRIOVNA**
**MANDZHIEVA;**

      *Plaintiffs*,

**v.**

**JOSE RODRIGUEZ, IN HIS OFFI-**
**CIAL CAPACITY AS WARDEN OF**
**THE DILLEY IMMIGRANT PRO-**
**CESSING CENTER; SYLVESTER**
**ORTEGA, IN HIS OFFICIAL CAPAC-**
**ITY AS ACTING FIELD OFFICE DI-**
**RECTOR, SAN ANTONIO FIELD OF-**
**FICE, ENFORCEMENT AND RE-**
**MOVAL OPERATIONS, U.S. IMMI-**
**GRATION & CUSTOMS ENFORCE-**
**MENT; TODD LYONS, IN HIS OFFI-**
**CIAL CAPACITY AS ACTING DI-**
**RECTOR U.S. IMMIGRATIONS AND**
**CUSTOMS ENFORCEMENT;**
**MARKWAYNE MULLIN, IN HIS OF-**
**FICIAL CAPACITY AS U.S. SECRE-**
**TARY OF HOMELAND SECURITY;**
**TODD BLANCHE, IN HIS OFFICIAL**
**CAPACITY AS ACTING ATTORNEY**
**GENERAL OF THE U.S; SIRCE E.**
**OWEN, IN HER OFFICIAL CAPACI-**
**TY AS ACTING DIRECTOR OF THE**
**EXECUTIVE OFFICE FOR IMMI-**
**GRATION REVIEW;  U.S. DEPART-**
**MENT OF JUSTICE,  U.S. IMMIGRA-**
**TIONS AND CUSTOMS ENFORCE-**
**MENT,  U.S. EXECUTIVE OFFICE**
**FOR IMMIGRATION REVIEW,**

      *Defendants*.

**Case No. 5:26-CV-02584-JKP**

**O R D E R**

Before the Court is Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction, (*ECF No. 7*), and Amended Petition for Writ of Habeas Corpus, (*ECF No. 9*). It is **ORDERED** Respondents shall file a response to Petitioner's Motion *and* Amended Petition **on or before seven (7) days from entry of this Order**. The Government is not to initiate any removal efforts prior to complying with this deadline.

It is so ORDERED.
SIGNED this 2nd day of June, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2