## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**GALINA VLADIRMIROVA**
**MANDZHIEVA, et al.,**

    *Petitioners*,

v.                                                                    **Case No. 5:26-CV-2584-JKP**

**JOSE RODRIGUEZ, et al.,**

    *Respondents.*

### ORDER OF DISMISSAL

Before the Court is a Motion to Dismiss Without Prejudice (ECF No. 14) filed by Petitioners in this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioners seek to voluntarily dismiss this habeas action without prejudice. The Court sees no need to wait for a response. According to Petitioners, they were released on June 13, 2026; thus, rendering the instant petition moot. Accordingly, the Court **GRANTS** the motion (ECF No. 14) and **DISMISSES** this action without prejudice as moot with each party to bear their own costs. Because this dismissal resolves all matters raised in this case, the Court **DIRECTS the Clerk of Court to close this case.** The dismissal of this case dissolves the previously issued stay and that stay provides no impediment to the removal or transfer of Petitioners.

    **It is so ORDERED this 16th day of June 2026.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**